IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETE LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv379 |
| | ) | |
| v. | ) | |
| | ) | |
| SARPY COUNTY LAW ENFORCEMENT, SARPY COUNTY SHERIFF'S DEPARTMENT, PATRICK THOMAS, UNKNOWN OFFICERS, and SARPY COUNTY, NEBRASKA, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 29 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 29 from the record. The party is directed to re-file the document.

DATED this 3rd day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge